COM.

v.

**GILMORE, C.**

**761 WDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–25–CR–0003720–2013 (Erie)

Affirmed

■

**TIMPANO, J.**

v.

**BOTELHO, D.**

**834 WDA 2016**

Superior Court of Pennsylvania.

05/05/2017

Reargument Denied 7/12/2017

Civ No 1115–2013 (Venango)

Affirmed

■

COM.

v.

**DAVIS, J.**

**985 WDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–63–CR–0000345–2009, CP–63–CR–0000346–2009, CP–63–CR–0000347–2009, CP–63–CR–0000348–2009, CP–63–CR–0000349–2009, CP–63–CR–0000350–2009 (Washington)

Affirmed

■

COM.

v.

**HAMMOND, I.**

**1493 WDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–26–CR–0000010–2016 (Fayette)

Affirmed